UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In Re:<br><br>ADAM KENNETH STEVENS and<br>HEATHER LEIGH STEVENS<br><br>Debtors,<br><br>COUNTY OF LACROSSE<br><br>Plaintiff,<br><br>v.<br><br>ADAM KENNETH STEVENS and<br>HEATHER LEIGH STEVENS,<br><br>Defendants. | FILED / REC'D<br>FEB 22 2010<br>CLERK, U.S.<br>BANKRUPTCY COURT<br>WD of WI<br><br>Bankruptcy Case No. 3-09-16401-rdm,<br>Chapter 7<br>Adversary Proceeding No. 3-10-00019-rdm<br><br><br><br>COMPLAINT TO DETERMINE<br>DISCHARGEABILITY OF DEBT |

## DEFENDANTS' RESPONSE AND AFFIRMATIVE DEFENSES

### RESPONSE

Defendants Adam Kenneth Smith and Heather Leigh Stevens respond as follows to the allegations in the Complaint to Determine Dischargeability of Debt filed by the County of LaCrosse on January 19, 2010. The defendants state the following:

1. Answering Para. 1, are without knowledge or information sufficient to form a belief regarding the allegations.

2. Answering Para. 2, admit the allegation.

3. Answering Para. 3, admit the allegation.

4. Answering Para. 4, are without knowledge or information sufficient to form a belief regarding the allegations.

5. Answering Para. 5, deny the allegations.

6. Answering Para. 6, deny the allegations.

7. Answering Para. 7, are without knowledge or information sufficient to form a belief regarding the allegations.

## AFFIRMATIVE DEFENSES

In their Affirmative Defensives defendants allege as follows:

1. Re-alleging as if set forth in this document Paragraphs 1-7 of the Complaint.

2. That on August 19, 2009, the La Crosse County Court ordered that the total "costs and expenses" of the Custody Assessment Team in the amount of $3,993.67 be paid by La Crosse County.

3. That the La Crosse County Court ordered that Heather Stevens shall reimburse La Crosse County court for said amount.

4. That the La Crosse County Order is for "fees and costs of the Custody Assessment Team stemming from work performed subsequent to the recommendation hearing on this matter."

5. That the August 14, 2009 does not refer to a "domestic support obligation" and the "fees and costs" incurred were for a child placement study, not support for the minor child.

6. That pursuant to 11 U.S.C. Section 523(a)(5), a domestic support obligation is an exception to discharge but such domestic support obligation is for "claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. 507(a)(1).

7. That the La Crosse County Order of August 14, 2009 was not for a "domestic support obligation" pursuant to 11 U.S.C. Section 523(a) (5) or 11 U.S.C. 507 (a) (1).

8. That La Crosse County has not stated a cause of action for which relief can be granted.

WHEREFORE, defendants request that the Court enter a judgment, as follows:

1. Declaring that the aforesaid La Crosse County Order, dated August 14, 2009, is a judgment for the fees and costs and as such, are dischargeable in this bankruptcy case or any other bankruptcy case filed by debtors;

2. Dismissing Plaintiff's Adversary Complaint on the merits and with prejudice;

3. Awarding statutory costs;

4. Awarding actual attorney fees and costs for defendants; and

5. Granting such other relief as is just and proper.

Dated this 19th day of February, 2010.

SCHWARZ LAW OFFICE
Attorney for Debtors/Defendants.

BY: _____
Joan I. Schwarz
State Bar No. 1018696
701 W. Jefferson Street
Stoughton, WI 53589
(608) 873-1680
(608) 873-4963

# SCHWARZ LAW OFFICE
ATTORNEY AT LAW

P.O. BOX 203
701 WEST JEFFERSON
STOUGHTON, WISCONSIN 53589-0203
OFFICE (608) 873-1680

WRITERS DIRECT LINE:
(608) 873-8105

FACSIMILE:
(608) 873-4963

February 19, 2010

U.S. Bankruptcy Court
U.S. Federal Courthouse
120 N. Henry Street
PO Box 548
Madison, WI 53701

FILED / REC'D

FEB 22 2010

CLERK, U.S.
BANKRUPTCY COURT
WD of WI

RE:  County of La Crosse vs. Adam Stevens and Heather Stevens
     Case No.3-09-16401-rdm
     Adversary Case No. 3-10-00019-rdm

Dear Clerk:

Please find enclosed the original and two (2) copies of the Defendant's Response and Affirmative Defenses and Affidavit of Service in the aforementioned matter.

Please file the original in your usual manner and return the conformed copies in the self-addressed stamped envelope provided.

Thank you for your attention in this matter.

Sincerely,
SCHWARZ LAW OFFICE

Joan I. Schwarz

JIS/mc
Enclosure:  Defendant's Response and Affirmative Defenses (Original + 2 copies)
            Affidavit of Service (Original + 2 copies)
Cc:         Attorney Michael E. Kepler
            Attorney David L. Lange
            United State Trustee
            Client