**SCHWARZ LAW OFFICE**
ATTORNEY AT LAW

P.O. BOX 203
701 WEST JEFFERSON
STOUGHTON, WISCONSIN 53589-0203
OFFICE (608) 873-1680

FILED / REC'D

FEB 2 4 2010

CLERK, U.S.
BANKRUPTCY COURT
WD of WI

WRITERS DIRECT LINE:
(608) 873-8105

February 23, 2010

FACSIMILE:
(608) 873-4963

United States Bankruptcy Court
120 North Henry Street
Room 340
Madison, WI 53701

RE:   Adversary Proceeding No. 3-10-00019-rdm
      County of La Crosse v. Adam Kenneth Stevens and Heather Leigh Stevens

Dear Judge Martin:

I represent defendants Adam Kenneth Stevens and Heather Leigh Stevens in the aforementioned matter. This matter is presently scheduled for a Pre-trial Conference on March 16, 2010 at 3:40 PM.

My client, Adam Stevens, has been called for Jury Duty in Adams County where he resides and he is on call from March 1, 2010 through March 31, 2010. I have enclosed the Notice for Jury Duty.

Please advise as to whether or not the March 16, 2010 pre-trial conference can be re-scheduled.

Thank you for your anticipated attention to this matter.

Sincerely,

SCHWARZ LAW OFFICE

Joan I. Schwarz

Enclosure:  Adams County Clerk of Court's Office---Jury Duty Notice
Cc:         Deputy Corporation Counsel David Lange
            Clients

January 28, 2010

## JURY DUTY
### March 1, 2010 through March 31, 2010

Dear Adams County Resident:

Your name has been randomly selected from the Master Pool to serve as a juror for Adams County from **March 1, 2010 through March 31, 2010**.

Some time ago you were asked to complete and return a questionnaire for determining your qualifications and eligibility as a Juror. We have that information on file, however, it may now be inaccurate. If you have experienced any changes in name, address, telephone number, employer, etc., we would appreciate hearing from you so that we may update our information. **On the reverse of this letter is a computer printout of the information we currently have on file. Please complete and correct all items and return it to this office within the next ten days. THIS IS VERY IMPORTANT.**

If you feel you cannot or should not serve as a Juror, please contact this office in writing at your earliest convenience and advise us of the situation. The matter, if warranted, will then be presented to the Judge to determine if your name should be removed from the panel. It would also be very helpful if you would advise of any planned vacations or trips which would cause you to be unavailable at any time during this one-month period of service. If we know in advance of your being out of town or otherwise unavailable, we can remove your name from the panel for that period of time and avoid any inconvenience for you or us in replacing you for a particular jury case. Also, if at sometime in the recent past you have served as a juror, please notify us as soon as possible.

Past practice and experience has been that many jury trials are scheduled, but very few actually go to trial. You may be summoned to appear on a certain date and time to serve as a Juror and then, a few days before the trial date, you will receive notice of the trial cancelling. You must, however, assume that you will have to appear until you receive such notice. We mail such cancellation notices if time permits; otherwise, we call each Juror (we need your telephone number on file).

If you have any questions or concerns in serving as a Juror, please write them down and send them to our office as soon as possible so we can respond in a timely fashion. Your service as a Juror is essential to the effective operation of the Courts and is greatly appreciated. We will do our best to make this experience a pleasant and interesting one.

**ADAMS COUNTY CLERK OF COURT'S OFFICE**
**P.O. BOX 220**
**FRIENDSHIP, WI 53934**