**SCHWARZ LAW OFFICE**
ATTORNEY AT LAW

P.O. BOX 203
701 WEST JEFFERSON
STOUGHTON, WISCONSIN 53589-0203
OFFICE (608) 873-1680

FILED / REC'D

MAR - 2 2010

CLERK, U.S.
BANKRUPTCY COURT
WD of WI

WRITERS DIRECT LINE:
(608) 873-8105

FACSIMILE:
(608) 873-4963

March 1, 2010

United States Bankruptcy Court
120 North Henry Street
Room 340
Madison, WI 53701

RE:   **Adversary Proceeding No. 3-10-00019-rdm**
      **County of La Crosse v. Adam Kenneth Stevens and Heather Leigh Stevens**

Dear Judge Martin:

   On February 23, 2010 I requested that the Pre-trial Conference scheduled on March 16, 2010 at 3:40 P.M. be rescheduled due to my client, Adam Stevens being called for Jury Duty in Adams County where he resides. Attorney Lange responded to said letter and stated he has no objection to said request as he will be on vacation at that time. Please reschedule said hearing at the Courts earliest convenience.

   Following is a list of dates I currently have additional matters previously calendared.

- Friday, March 5, 2010 (9:00 a.m. – 12:00 p.m.)
- Friday, March 19, 2010 (9:00 a.m. – 12:00 p.m.)
- Friday, March 26, 2010 (Entire Day)
- Thursday, April 8, 2010 (3:00 p.m. – 4:30 p.m.)
- Friday, April 09, 2010 (Entire Day)
- Friday, April 16, 2010 (Entire Day)
- Monday, April 19 2010 (Entire Day)
- Friday, April 23, 2010 (Entire Day)

   Thank you for your anticipated attention to this matter.

Sincerely,                                                          1759

**SCHWARZ LAW OFFICE**

Joan L. Schwarz

JIS/mc

Cc:      Deputy Corporation Counsel David Lange
         Clients