UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF WISCONSIN
PRETRIAL CONFERENCE PROCEEDING MEMO

FILED/RECD

2010 APR -5  AM 11: 45

CLERK, U.S.
BANKRUPTCY COURT
WD OF WI

**ADJ. to 4/5/10      11:30 AM**

Date  ~~3/16/10~~   Time  ~~3:40 PM~~      Adv. Pro. No.  **10-00019-7**

In Re  **County of LaCrosse vs Stevens**

Related Case No.  **09-16401-7**   Debtor(s)  **Adam and Heather Stevens**

Appearances:  Plaintiff(s)  **Atty David Lange**,  phone #: 608-785-9577

   Defendant(s)  **Atty Joan Schwarz**,  phone #: 608-873-8105

Court reporter:  JW

_____ motion to dismiss      _____ motion for default judgment

_____ motion for summary judgment filed on behalf of _____

_____ motion _____

Order on motions:  _____ granted   _____ denied   _____ submitted order signed

Other:

Pretrial statement:  filed  X   signed  Y

Further pleadings:  None

Issues:  per statement  X  ; other:

Discovery _____  Exhibits & witnesses/objections _____  FFCL _____  Motions _____

Trial date _____ Time _____ Duration _____

Notes:   Π Brief.  by 4-16-10
         Δ Brief   by 5-4-10
Reply 5 days
Dec. ASAP.

☐ IT IS SO ORDERED

RDM

ROBERT D. MARTIN
U. S. BANKRUPTCY JUDGE

☐ cc: parties in interest

2642