# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WISCONSIN

In Re:

**ADAM KENNETH STEVENS and
HEATHER LEIGH STEVENS**
       Debtors,

Bankruptcy Case No. 3-09-16401-rdm, Chapter 7
Adversary Proceeding No. : 3-10-0009-rdm

**COUNTY OF LACROSSE**
       Plaintiff,

v.

**ADAM KENNETH STEVENS and
HEATHER LEIGH STEVENS,**
       Defendants.

## ORDER

**IT IS ORDERED:**

       **THE COURT ORDERS** that the Motion for an Extension of Time for Appeal has been granted. The Defendant's have until _____ to file an appeal in said matter.

Dated this \_\_ day of _____ 2010.

                                                   **BY THE COURT:**

                                                   **The Honorable Robert D. Martin**